IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NOEL AUGUSTINE et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHARLES RAMSEY et al., | : | No. 13-6606 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **20th** day of **May**, **2014**, upon consideration of Defendants' Motion to Dismiss, and Plaintiffs' response in opposition thereto, and for the reasons provided in the Court's Memorandum dated May 20, 2014, it is hereby **ORDERED** that:

1. The motion (Document No. 4) is **GRANTED in part and DENIED in part.**

2. The motion is **DENIED** with respect to the following federal law claims: First Amendment retaliation, assault, unlawful arrest, conspiracy, malicious prosecution, and municipal liability under *Monell*.

3. The motion is **DENIED** with respect to the following state law claims: assault, battery, conspiracy, false imprisonment, malicious prosecution, intentional infliction of emotional distress, and negligent infliction of emotional distress.

4. The motion is **GRANTED** with respect to the claims of excessive force and unreasonable search.

5. Plaintiffs may file an Amended Complaint with respect to their claims of excessive force and unreasonable search by Friday, June 20, 2014.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**