IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NOEL AUGUSTINE, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHARLES RAMSEY, et al., | : | No. 13-6606 |
| Defendants. | : | |

## ORDER

AND NOW, this **1ˢᵗ** day of **June**, **2015**, upon consideration of Plaintiffs' Motion to Compel Responses to Request for Production of Documents, and Defendants' response in opposition thereto, it is hereby **ORDERED** that:

1. Plaintiffs' motion (Document No. 28) is **DENIED**.

2. Plaintiffs may, however, inquire into or depose individuals with information relating to cell site simulators or "Stingray" technology as appropriate.

BY THE COURT:

_____
Berle M. Schiller, J.